MORRIS NASS et al., appellants,

*v.*

ELEANOR F. MUNZING, respondent.

[*Decided October 17th, 1927.*]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *100 N. J. Eq. 421.*

*Mr. Jacob L. Newman,* for the appellants.

*Mr. Meyer M. Semel,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.  13.

*For reversal*—None.